

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-11-00440-CV

IN RE SABRE INC., SABRE                                    RELATORS
HOLDINGS CORP., AND SABRE
TRAVEL INTERNATIONAL LTD.

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

PER CURIAM

PANEL: LIVINGSTON, C.J.; DAUPHINOT and WALKER, JJ.

DELIVERED: November 18, 2011

---

[1]See Tex. R. App. P. 47.4, 52.8(d).